TIM RITESMAN A.O.#3017955
700 CONLEY LAKE RD.
DEERLODGE,MT.59722
    PRO'SE


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA    DIVISION


| TIMOTHY ERIC RITESMAN,<br>    DEFENDANT,<br><br>VS.<br><br>THE STATE OF MONTANA,<br>MISSOULA COUNTY,MISSOULA<br>DISTRICT ATTORNEYS OFFICE'S<br>(FORMER) DEPUTY COUNTY ATTRNY<br>JENNIFER CLARK,<br><br>DEFENDANTS. | HON.        DEPT. NO.____<br><br>CASE NO.<br><br>§§1983 COMPLAINT |

COMES NOW PLAINTIFF TIMOTHY ERIC RITESMAN WITH GOOD CAUSE AND MOVES THIS COURT TO THE INVESTIGATIONS  AND GIVE RELIEF TO THE PLAINTIFF FOR THE CONSTITUTIONAL HARMS IN WHICH THE DEFENDANTS HAS CAUSED HIS PERSON AND SEEKS REMEDI OF THE FOLLOWING HARMS  IN WHICH THEY HAD DONE TO HIM:

1. VIOLATED PLAINTIFFS RIGHTS OF DUE PROCESS GUARANTEED
(a)    14Th AMMENDMENT RIGHT U.S. CONSTITUTION &
(b) MONTANA CONSTITUTION ART.II SECTION 17,


2. ILLEGALY SEIZED OR SEIZURES OF PLAINTIFFS PERSON A VIOLATION OF THE MONTANA CONSTITUTION ARTICAL II SECTION 11, & WRONGFULL IMPRPISONMENT WITHOUT PROBABLE CAUSE .

1.

3.PURJURY UNDER OATH TO OBTAIN A CONVICTION AND WARRANT OF PROBABLE CAUSE AND ARREST WHICH HARMED MY DIGNITY AND PERSON BY VIOLATING MY INDIVIDUAL DIGNITY BY DENYING MY EQUAL PROTECTION OF THE LAW UNDER ART II SCTION 4.

## 1. - BRIEF HISTORY-

ON OR AROUND JUNE 30th PLAINTIFF WAS ACCUSED OF VIOLATION OF A RESTRAINING ORDER UNDER MCA 45-5-209.

ON JULY 14th 2015 JENNIFER CLARK DEPUTY COUNTY ATTORNEY OF MISSOULA COUNTY FILED AN AFFIDAVIT AND MOTION FOR LEAVE OF FILE OF INFORMATION BEING DULY SWORN UNDER OATH MOVING THE COURT FOR LEAVE TO FILE AN INFORMATION TO CHARGE THE PLAINTIFF FOR VIOLATING A NO CONTACT ORDER BY A PERSON CHARGED WITH OR CONVITED OF PARTNER OR FAMILTY MEMBER ASSAULT A VIOLATION OF LAW,NAMELY MCA 45-5-209. CLARK STATES THAT THE MOTION WAS BASED ON FACTS AND POLICE REPORTS.

ON NOV 24th 2015 RITESMAN WAS CONVICTED BY A JURY OF THE FORETOLD NO CONTACT ORDER THROUGH EVIDENCE CLARK SHOWED THE JURY STATING WHICH WAS THAT SAID ORDER RITESMAN HAD VIOLATED ALLEGEDLY.

2. THERE NEVER WAS A NO CONTACT ORDER.THE ELLEGED ORDER WAS IN FACT A CONDITION OF BOND RLEASE IN WHICH CLARK HAD SHOWED THE JURORS AND ENTERED AS STATES EXHIBIT 34 cause DC-15-360 WHICH IN FACT WAS FROM CASE NO.CR15-1490 A ORDER OF RELEASE AND ORDER OF SETTING OMNIBUS. A MUNICIPLE MATTER.

3. ON DIRECT APPEAL IT WAS ARGUED THAT THE STATE FAILED TO PRESENT SUFFICIANT EVIDENCE FOR THE JURY TO FIND RITESMAN GUILTY OF "VIOLATION OF A NO CONTACT ORDER" & THAT THE ORDER THAT THE MUNICIPLE COURT ORDER DID NOT CONTAIN OR INCLUDE THE MANDATORY LANGUAGE UNDER MCA §45-5-209 _(5) OR MAKE ANY REFERENCE TO THAT

2.

STATUTE.        (DIRECT APPEAL NO.DA 16-0408)

. MONTANA SUPREME COURT DECISION MARCH 20th 2018¶18 .

¶29 "WE REVERSE AND VACATE RITESMANS MISDEMINOR CONVITION FOR VIOLATING A NO_CONTACT ORDER. /S/ BETH BAKER CONCURED BY:

/S/JAMES JEREMIAH SHEA,
   INGRID GUSTAFSON
   JIM RICE.

4. MALICIOUS PROSECUTION QUALIFIED IMMUNITY AND COLOR OF STATE LAW PROTECTIONS:

NORMALY PEOPLE WHO WORK UNDER THE COLOR OF STATE LAW HAVE A QUALIFIED IMMUNITY BUT WHEN JENNIFER CLARK PRESENTED PROBABLE CAUSE FOR A NO CONTACT ORDER UNDER OATH WHEN  IT DID NOT EXIST TO NOT ONLY THE COURTS BUT TO JURORS AND THAT SENTENCE WAS IN FACT VACATED BY THE MONTANA SUPREME COURT SHE IN FACT LOSES THAT QUALIFIED IMMUNITY AND ACTUALLY BECAME A WITNESS TO THE FACT BY SWEARING UNDER OATH AND VIOLATED RITESMANS RIGHTS UNDER BOTH STATE AND FEDERAL CONSTITUTIONAL LAWS GUARANTEED TO NOT ONLY  CITEZENS OF THE STATE OF MONTANA BUT AMERICANS AS A WHOLE. THE FEDERAL COST.11th  AMMENDMENT DOES NOT APPLY IN STATE COURTS, ALTHOUGH STATES ARE PROTECTED  MUNICIPALITIES ARE NOT.THE QUALIFIED IMMUNITIES OF OFFICIALS THAT VIOLATED RITESMANS RIGHTS (CONSTITUTIONAL) ARE ESTABLISHED IF YOU DO NOT SPECIFY WHAT CONSTITUTIONAL RIGHT WERE VIOLATED. RITESMAN HAESTABLISHED THIS FACT.

REMEDIE REQUESTED

THE REMEDI THE PLAINTIFF SEEKS IS TO HAVE A TRIAL BY JURY ON THE FORETOLD DAMMAGES TO HIS PERSON.

REELEF SOGHT FOR DAMMAGES:

3

CONT..

THE PLAINTIFF IS SEEKING$25,000.00 IN NOMINAL DAMAGES FOR HIS RIGHTS WHICH WERE VIOLATED,

THE PLAINTIFF IS SEEKING $25,000.00 in Compensatory FOR

THE  harm in which said false charges caused at his trial,

THE PLAINTIFF IS SEEKING $ 100.000.00 IN PUNITIVE DAMAGGES FOR FOR THE RECKLESS OR CALLOUS INDIFFERENCE TO THE PLAINTIFFS ESTABLISHED RIGHTS IN WHICH THE DEFENDANTS "EVIL INTENT" TO CONVICT THE PLAINTIFF ON FALSE CHARGES .

THE PLAINTIFF IS ASKING THE COURTS FOR A DECLORATION THAT THE PLAINTIFFS RIGHTS WERE IN FACT VIOLATED.

CERTIFICATE OF SERVICE IS ATTACHED TO DOCCUMENT
THANK YOU

03 / 29 / 21

TIMOTHY ERIC RITESMAN
PRO SE PLAINTIFF

State of Montana
County of Powell
Subscribed and sworn to me on 3/29/21 by Timothy Ritesman

NOTORY

AMANDA KAMBIC
NOTARY PUBLIC for the
State of Montana
Residing at Deer Lodge, Montana
My Commission Expires
April 22, 2024

Amanda Kambic
My commission expires
4/22/2024

4

CERTIFICATE OF SERVICE:

THE ATTACHED DOCCUMENTS WAS STRUCK BY THE PLAINTIFFS HAND AND AND IS TRUE TO THE BEST OF HIS KNOWLEDGE AND WAS SENT TO THE FOLLOWING INDIVIDUALS THROUGH THE MONTANA STATE PRISON ELECTRONIC FILING SERVICE AND SENT TO THE FOLLOWING INDIVIDUALS:

1.  UNITED STATES DISTRICT CLERK OF COURTS FOR THE DISTRICT OF MONTANA HELENA DIVISION(CLERK U.S DIST COURT).

2.MISSOULA COUNTY DISTRICT ATTORNEYS OFFICE

3.MISSOULA COUNTY BOARD OF COUNTY COMISH.

4.ATTORNEY GENERAL FOR THE STATE OF MONTANA c/o THE MONTANA ATTORNEY GENERALS OFFICE HELENA MONTANA.

5.Jonaa Sutton- JK SUTTON LAW-jksottonlaw@gmail

03 /29 / 21                    /R

PLAINTIFF INITIAL

5